UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER ROOT BANNON, as the Special Personal Representative of the Estate of Juston Root <br>     PLAINTIFF <br><br> v. <br><br> BOSTON POLICE OFFICERS DAVID GODIN JOSEPH McMENAMY, LEROY FERNANDEZ, BRENDA FIGUEROA and COREY JAMES <br><br> MASSACHUSETTS STATE TROOPER PAUL CONNEELY; and <br><br> THE CITY OF BOSTON, MASSACHUSETTS <br>     DEFENDANTS | Civil Action <br> No. 1:20-cv-11501-RGS |

**INITIAL DISCLOSURE OF
DEFENDANT MASSACHUSETTS STATE TROOPER PAUL CONNEELY
PURSUANT TO F.R.C.P. 26(a)**

NOW COMES Defendant Massachusetts State Trooper Paul Conneely (hereinafter "Defendant Conneely"), who makes his initial disclosure pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, based upon information, documents, and/or tangible items reasonably available to him at this time and/or currently in his possession, custody, and/or control as follows:

**26(a)(1)(A)(i) Individuals with Discoverable Information;**
1. Jennifer Root Bannon: c/o Greenberg, Traurig, LLP, One International Place, Suite 2000, Boston, Ma. 02110; may have information relevant to the allegations in the Complaint;
2. Paul Conneely; Defendant: c/o Daniel J. Moynihan, PC 271 Main Street Suite 302, Stoneham, Ma. 02180; may have information relevant to the allegations in the Complaint;
3. Ziad Kamel, Mass. State Police: 470 Worcester Road, Framingham, Ma. 01970; may have information relevant to the allegations in the Complaint;

4. Sgt. Adrian Webb-Johnson, Mass. State Police: 470 Worcester Road, Framingham, Ma. 01970; may have information relevant to the allegations in the Complaint;
5. David Godin; Defendant: c/o City of Boston Law Dept., Room 615, City Hall, Boston, Ma. 02201; may have information relevant to the allegations in the Complaint;
6. Joseph McMenamy; Defendant: c/o City of Boston Law Dept., Room 615, City Hall, Boston, Ma. 02201; may have information relevant to the allegations in the Complaint;
7. Leroy Fernandes: Defendant: c/o City of Boston Law Dept., Room 615, City Hall, Boston, Ma. 02201; may have information relevant to the allegations in the Complaint;
8. Brenda Figueroa; Defendant: c/o City of Boston Law Dept., Room 615, City Hall, Boston, Ma. 02201; may have information relevant to the allegations in the Complaint;
9. Corey Thomas; Defendant: /o City of Boston Law Dept., Room 615, City Hall, Boston, Ma. 02201; may have information relevant to the allegations in the Complaint;
10. Various members of the Boston Police Dept may have information relevant to the allegations in the Complaint;
11. Various EMS workers who arrived at the scene; name of service is unknown to Defendant Conneely at this time; may have information relevant to the allegations in the Complaint;
12. Numerous witnesses who were interviewed by the Norfolk County District Attorney's Office; may have information relevant to the allegations contained in the Complaint;
13. Executive Officer of Public safety and Security of Massachusetts; c/o 1 Ashburton Place, Site 2133, Boston, Ma. 02108; may have information relevant to the allegations contained in the Complaint;
14. Various members of the Brookline Police Dept may have information relevant to the allegations contained in the Complaint;

The Defendant Paul Conneely reserves the right to supplement this list as more information becomes available to him through discovery.

### 26(a)(1)(A)(ii) Documents and tangible items supporting defenses

1. Defendant Conneely is in possession of the Norfolk County District Attorney's Office Investigative file which can be obtained from the Norfolk County District Attorney at 45 Shawmut Road, Canton, Ma.

Defendant Conneely reserves the right to supplement this disclosure as more information and documentation becomes available to him through discovery and investigation.

### 26(a)(1)(A)(iii) Computation of Damages and evidence of the same

1. Not applicable; Defendant Conneely has made no claim for damages.

## 26(a)(1)(A)(iv) Insurance Agreements

1. No such agreements are in Defendant Conneely's possession, custody, and/or control. See also Mass.Gen.Laws c.258, §9A.

        Respectfully submitted,
        Defendant Massachusetts State Police,
        Trooper Paul Conneely,
        By his Attorneys,

        /s/ Daniel J. Moynihan
        Daniel J. Moynihan (BBO# 546346)
        *moynihanlaw@verizon.net*
        Mark A. Russell (BBO# 568943)
        *attyrussell@attorneymoynihan.com*
        Law Office of Daniel J. Moynihan, PC
        271 Main Street, Suite 302
        Stoneham, MA 02180
        P: (781) 438-8800
        F: (781) 438-8300

## CERTIFICATE OF SERVICE

I, Daniel J. Moynihan, hereby certify that this document was sent by electronic mail to to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 29, 2021.

        /s/ Daniel J. Moynihan