UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:20-cv-11501-RGS

JENNIFER ROOT BANNON, as Special Personal Representative of the Estate of Juston Root,
    Plaintiff

v.

BOSTON POLICE OFFICERS DAVID GODIN, JOSEPH McMENAMY, LEROY FERNANDES, COREY THOMAS and BRENDA FIGUEROA;

MASSACHUSETTS STATE TROOPER PAUL CONNEELY; and

THE CITY OF BOSTON, MASSACHUSETTS

    Defendants

## L.R. 16.1(D)(3) CERTIFICATE OF DEFENDANT, CITY OF BOSTON

Pursuant to L.R. 16(D)(3), counsel for the Defendant, City of Boston, hereby certifies that I have conferred with the Defendant's authorized representative:

(a)    with a view to a budget for the litigation, from beginning to end, considering the costs of alternative courses towards resolution; and

(b)    the possible resolution of the dispute through ADR mechanisms such as those suggested in L.R. 16.4.

Signature of Authorized Representative:    Respectfully submitted,

                                                           DEFENDANT CITY OF BOSTON
                                                           By its attorneys:

_/s/ Susan M. Weise_
Susan M. Weise (BBO#545455)
First Assistant Corp. Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4040

_/s/ Nicole M. O'Connor_
Nicole M. O'Connor (BBO#675535)
Senior Assistant Corporation Counsel
Erika P. Reis (BBO#669930)
Senior Assistants Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4039 (O'Connor)
(617) 635-4031 (Reis)
Nicole.OConnor@boston.gov
Erika.Reis@boston.gov

2

## **CERTIFICATE OF SERVICE**

I, Nicole M. O'Connor, hereby certify that a true copy of the above document was served upon all parties of record via this court's electronic filing system.

Dated:  March 3, 2021 /s/ Nicole M. O'Connor
Nicole M. O'Connor