# **EXHIBIT 3**



**DEPARTMENT**                                    1 Schroeder Plaza, Boston, MA 02120-2014

To:          Lieutenant Detective Brian Larkin
             Commander, Firearm Discharge Investigation Team

From:        Sergeant Detective Marc Sullivan, ID # 11958
             Firearm Discharge Investigation Team

Subject:     Intentional Firearm Discharges on Friday, February 7, 2020
             in Brookline, Massachusetts
             Incident # 202-010-292/FDIT # 2020-01 by:
             Boston Police Officer David Godin, ID # 103757
             Boston Police Officer Joseph McMenamy, ID #  144501
             Boston Police Officer Leroy Fernandes, ID # 113407
             Boston Police Officer Corey Thomas, ID # 153159
             Boston Police Officer Brenda Figueroa, ID # 148264

Date:        Monday, June 29, 2020

Sir:

       I, Sergeant Detective Marc Sullivan, ID # 11958, respectfully submit my ***final report*** pursuant to
Boston Police Department Rule 303, regarding the intentional firearm discharges by Police Officer David
Godin, ID # 103757, Boston Police Officer Joseph McMenamy, ID # 144501, Boston Police Officer
Leroy Fernandes, ID # 113407, Boston Police Officer Corey Thomas, ID # 153159, and Boston Police
Officer Brenda Figueroa, ID # 148264, which occurred on Friday, February 7, 2020 in Brookline,
Massachusetts.


### I.   *Command & Control:*

       On Friday, February 7, 2020 at approximately 9:24 AM, Boston Police Officers responded to the
area of Fenwood Road and Vining Street for a 9-1-1 call reporting a male armed with a gun and
threatening people. This individual was located in the area of Fenwood Road at Vining Street in Roxbury,
Massachusetts and Boston Police Officers intentionally discharged their firearms at this individual. The
incident evolved into a motor vehicle pursuit with the suspect into the Town of Brookline, Massachusetts
where the suspect, later identified as Juston Root (Date of Birth: 01/27/1979), crashed his vehicle into
civilian vehicles stopped at a red light on Boylston Street at Hammond Street. As a result of the collision,
Root's vehicle became inoperable. Root exited his vehicle and fled on foot a short distance where several
police officers intentionally discharged their firearms. As a result of the discharges, Root was struck and
died as result of his injuries.

ROOT_0002269



The Boston Police Firearm Discharge Red Team was notified to respond. I requested that Sergeant Detective Broderick, ID # 10132, assigned to the Firearm Discharge Investigation Team, respond to the Fenwood Road at Vining Street and take investigative command.

Pursuant to Boston Police Department Rule 303, Sergeant Detective John Broderick was designated as the Investigating Officer in Charge of the "Boston Scene" (herein after referred to as the "Boston Scene"). I was designated as the Boston Police Investigating Officer in Charge of the "Brookline Scene" (herein referred to as the "Brookline scene"). Sergeant John Fanning of the Massachusetts State Police, assigned to the Norfolk County District Attorney's Office, was assigned by Norfolk County District Attorney Michael Morrissey, as his designee, to conduct a criminal investigation into the officers' actions. I was tasked with investigating the officers' actions pursuant to Department policies.

Superintendent Paul Donovan, Chief of the Bureau of Investigative Services, had overall command of the Boston Police investigations.

## II. *Initial Response:*

I arrived on the "Brookline Scene" at approximately 9:45 AM. I observed Boylston Street shutdown at Dunster Street in the Westbound lane. The Eastbound lane was also shutdown. I further observed what appeared to be the aftermath of a multi-vehicle collision in the intersection of Boylston Street at Hammond Street. I observed an unoccupied black Honda Civic, Massachusetts registration 1AHB15 that had sustained front-end damage, an unoccupied red Nissan Juke, Massachusetts registration 5LX438, that had sustained extensive front-end damage, and an unoccupied white Honda Accord, Massachusetts registration 3YD278, that also had sustained extensive damage. As I walked further into the inner perimeter of the scene, I observed a silver Chevrolet Volt, Massachusetts registration 8SL846. The Chevrolet Volt sustained extensive damage to the front, driver's side and passenger side of the vehicle.


(Crime Scene image of Boylston St at Hammond St.)


(Crime Scene image of Root's Chev. Volt)

I met with Sergeant Detective Thomas Pratt, assigned to the Firearm Discharge Investigation Team, who informed me that several Boston Police Officers and one Massachusetts State Trooper had discharged their Department-issued firearms at the "Brookline Scene". As a result of the firearm discharges, Mr. Justin Root was struck several times. Mr. Root was transported to the Beth Israel Deaconess Medical Center with life-threatening injuries. Sergeant Detective Pratt further informed me that Department-issued firearms that had been discharged were being secured by supervisors as evidence.

ROOT_0002270

**BostonPolice**

**D E P A R T M E N T**

*1 Schroeder Plaza, Boston, MA 02120-2014*

I observed several spent cartridge casings. I further was informed that a replica firearm had been recovered by police officers from Mr. Root. I observed the replica firearm.




(Crime Scene images "Brookline Scene")



(Weapon recovered from Mr. Root)

The Boston Police Officers that discharged their Department-issued firearms at the "Brookline Scene" were identified as:

- Boston Police Officer David Godin, ID # 103757

- Boston Police Officer Joseph McMenamy, ID # 144501

- Boston Police Officer Leroy Fernandes, ID # 113407

- Boston Police Officer Corey Thomas, ID # 153159

- Boston Police Officer Brenda Figueroa, ID # 148264

Some of the Boston Police Officers were transported to local hospitals or examined on scene with non-life-threatening injuries.

I met with Sergeant Detective Stephen Romano, assigned to the Youth Violence Strike Force, and Detective Melissa Lombardo, assigned to the Firearm Discharge Investigation Team, and directed them to collect all of the involved officers' body-worn cameras and Department cellular phones. I spoke with Sergeant Detective Stephen Whitman, assigned to the Video Evidence Unit, and requested that the involved officers' body-worn camera footage be administratively restricted to prevent anyone other than the investigating officials and commanders to view the incident. I requested that Sergeant Detective Thomas Pratt take custody of all of the Department-issued firearms, conduct a documentation of ammunition in each weapon, and then transfer the firearms to the Boston Police Firearms Analysis Unit.

ROOT_0002271



1 Schroeder Plaza, Boston, MA 02120-2014

I met with Boston Police Superintendent Paul Donovan, Chief of the Bureau of Investigative Services, Colonel Christopher Mason, and Deputy Superintendent R. Scott Warmington of the Massachusetts State Police. It was determined that the Massachusetts State Police Detective Unit, assigned to the Norfolk County District Attorney's Office, would process the "Brookline Scene" and lead the criminal investigation. Witnesses from either the "Boston Scene" or the "Brookline Scene" were directed to the Boston Police Homicide Unit and accommodations were made for Boston and State Police to conduct the interviews.

I learned that Mr. Root had been pronounced dead.

The "Brookline Scene" was processed by the Massachusetts State Police Crime Services Unit under the direction of Detective Lieutenant Gerard Mattaliano, Commander of the Norfolk County State Police Detective Unit. The collision scene was processed by the Boston Police Homicide Unit, Fatal Collision Investigative Team, under the direction of Sergeant Detective Thomas Barrett.

The following vehicles sustained damage as a result of the collision at the intersection of Route 9 at Hammond Street in Brookline, Massachusetts.

- Massachusetts registration 1AHB15, a 2015 Honda Civic sedan, color black, operated by the owner, Alwyn Ponteen.
- Massachusetts registration 3YD278, a 2015 Honda Accord sedan, color white, operated by Hyunjung Lee.
- Massachusetts registration 5LX438, a 2012 Nissan Juke utility, color red, operated by the owner, Jordan Sherman.

The above three vehicles that were struck by the suspect vehicle were towed by members of the State Police.

Boston Police Department vehicle number 9534 assigned to Police Officer Michael St. Peter, assigned to the Canine Unit, sustained a projectile strike to the front hood, believed to have been struck at the "Boston Scene".

### III. Scene Description:

Boylston Street at Hammond Street in Brookline, Massachusetts is located in Norfolk County. Boylston Street is also known as "Route 9". Route 9 is a 135-mile-long major east-west highway in Massachusetts. The incident scene is a divided highway with two lanes of traffic in each direction. This intersection is a commercial area that encompasses a gas station, super market, and several smaller businesses in a strip-mall type commercial space. The discharge scene occurred off the west-bound lane, after Hammond Street in a mulch area adjacent to the Star Market parking lot.

ROOT_0002272

**Boston Police**

DEPARTMENT                                        1 Schroeder Plaza, Boston, MA 02120-2014



(Massachusetts State Police Crime Scene Image of "Brookline Scene"

## IV. *Civilian Interviews:*

The following civilian interviews were audio-recorded and are contained in the electronic file:

- ### *Dr. Victor Gerbaudo*

On Friday, February 7, 2020 at approximately 2:01 PM, Boston Police Detective Joseph King, assigned to the Firearm Discharge Investigation Team, and Massachusetts State Trooper David DiCicco, assigned to the Norfolk County State Police Detective Unit, conducted an audio-recorded interview of Dr. Victor Gerbaudo.

The following is a summary of Dr. Gerbaudo's interview and not intended to be a verbatim account of his interview. A copy of his interview and a transcript of his interview is included in the file.

Dr. Gerbaudo stated that on the day of the incident he had received a page from the Brigham & Women's Hospital informing him of shooting case at the hospital. At the time Dr. Gerbaudo received the page he was approaching the intersection of Route 9 at Hammond Street. Dr. Gerbaudo stated that he drove an additional "10 meters" and came to a full stop because of a red-light. Dr. Gerbaudo stated that he observed police vehicles approaching west-bound, probably a block away from his location. Dr. Gerbaudo stated that he had stopped directly in front of the Star Market, diagonal to his left was the CVS. Dr. Gerbaudo stated that as while he was stopped at the light, he heard a crash and seconds later observed a white male, 5'11"-6' tall, bald or short hair, dressed in a black jacket, with grey pants, walking on the sidewalk limping. Dr. Gerbaudo stated that this individual turned towards a grass area between the sidewalk and parking lot of the Star Market. Dr. Gerbaudo stated that as this individual reached the top of the area, police cars had already arrived and police officers were on foot with their guns drawn. Dr. Gerbaudo stated that the police officers were facing the individual and pointing their firearms at him, screaming at him. Dr. Gerbaudo stated that he believed that the officers were asking him to put his hands up, go down on his knees, or to the ground. Dr. Gerbaudo stated that the officers stated this multiple times to the individual. Dr. Gerbaudo stated that the individual turned around "facing the officers and as he did that, he, with his right hand, he took his hand under his coat and at that time", the police discharged their firearms. Dr. Gerbaudo stated that he believed officers discharged ten (10) to fifteen (15) times.

Mayor Martin J. Walsh



- ### *Mr. Giles Bowland*

On Saturday, February 8, 2020, Boston Police Sergeant Detective Richard Lewis, assigned to the Firearm Discharge Investigation Team, and Massachusetts State Trooper Yuri Bukhenik, assigned to the Norfolk County State Police Detective Unit, conducted an audio-recorded interview of Mr. Giles Bowland.

The following is a summary of Mr. Bowland's interview and not intended to be a verbatim account of his interview. A copy of his interview and a transcript is included in the file.

Mr. Bowland stated that he was in the area of the Davio's in Chestnut Hill when he observed the traffic a little backed up. Mr. Bowland stated that he heard sirens approaching from behind him. Mr. Bowland stated that the officer passed him. Mr. Bowland stated as the traffic started moving there was an opening in the road he was able to cut across. Mr. Bowland stated there was a car in the street which appeared damaged and a wheel was hanging off the side of the vehicle. Mr. Boland stated that he observed a man on the bank closest to the road, stumbling, trying to get away. Mr. Boland stated that this individual appeared clearly injured. Mr. Boland stated that there were several police officers running and surrounding the individual, "hollering like crazy". Mr. Boland stated that he couldn't know what the officers were saying but the individual wouldn't stop but he wasn't moving fast. Mr. Boland stated that it seemed to him that one of the police officers actually grabbed a hold of the individual and was trying to get him to the ground. Mr. Boland stated that somehow this individual got loose and then moved off to the left and up over a little hill. Mr. Boland stated that the police officers continued to scream "stop, stop, stop", then Mr. Boland stated that there were multiple gunshots. Mr. Boland stated that this individual fell to the ground next to the bush so he was unable to see him clearly. Mr. Boland stated that the ten police officers and a state trooper did approach this individual immediately. Mr. Boland stated that he recorded a video that depicts actions after the incident (contained in the file). Mr. Boland stated that a fire truck arrived on scene with additional police officers. Mr. Boland stated that he then received a text informing him of a shooting at the Brigham & Women's Hospital. Mr. Boland stated that he works with Dr. Victor Gerbaudo who was behind him in traffic and informed him that he observed this individual reach into his jacket. Mr. Boland stated that he did not observe the individual with a gun but he could easily have had one. Mr. Boland stated that he was unsure of how many shots he heard but guessed between ten to fifteen shots.

- ### *Mr. Gil Manzon*

On Friday, February 7, 2020 at approximately 2:24 PM, Boston Police Detective Joseph King, assigned to the Firearm Discharge Investigation Team, and Massachusetts State Trooper Yuri Bukhenik, assigned to the Norfolk County State Police Detective Unit, conducted an audio-recorded interview of Mr. Gil Manzon.

The following is a summary of Mr. Manzon's interview and not intended to be a verbatim account of his interview. A copy of his interview and a transcript is included in the file.

ROOT_0002274



At the time of incident, Mr. Manzon stated that he was on his way to work heading east-bound on Route 9, in the left lane, about to take a left-turn onto Hammond Street. Mr. Manzon stated that he was behind a green water truck. Mr. Manzon stated that he observed what he believed to be an accident on the other side of Route 9. Mr. Manzon stated that he heard what he believed to be police cars responding to the accident. Mr. Manzon stated that when the uniformed police officers exited from their vehicles, they had their guns in their hands, which was not something he has seen on a regular basis. Mr. Manzon stated that the police officers were running and approached someone that he had not seen. Mr. Manzon described that the officers were yelling at the individual to "get down, stop moving". Mr. Manzon stated that the officers were loud enough that he could hear them across the street with his windows in his vehicle up. Mr. Manzon stated that this individual was lying on his side trying to pick himself up. Mr. Manzon stated that he thought to himself that he would have been "spread eagle" by now with all of the verbal commands. Mr. Manzon stated that this individual continued to move and he then heard shots being fired.

Mr. Manzon stated that the shots happened very quick in duration. Mr. Manzon stated that the individual was not moving following the shots.

- ### *Mr. Lachlan Harris*

On Friday, February 7, 2020 at approximately 12:26 PM, Boston Police Detective Michael Byrnes, assigned to the Firearm Discharge Investigation Team, and Massachusetts State Trooper Matthew Dunne, assigned to the Norfolk County State Police Detective Unit, conducted an audio-recorded interview of Mr. Lachlan Harris.

The following is a summary of Mr. Harris' interview and not intended to be a verbatim account of his interview. A copy of his interview and a transcript is included in the file.

At the time of interview Lachlan was 15 years of age and his mother, Janekca Hawkins, was present for the interview. Lachlan stated that he had left his house around 9:30 AM and was walking to the Hammond Street intersection when he looked up and saw a car drive through the Hammond Street intersection and strike three (3) cars. Lachlan stated that one to two minutes later approximately twelve police cars arrived on scene and thought they were there for the accident but they continued through the intersection. Lachlan stated that he then heard twelve to thirteen gunshots. Lachlan stated that he turned and ran home.

- ### *Mr. Howard Cooper*

On Friday, February 7, 2020 at approximately 10:36 AM, Boston Police Sergeant Detective William Doogan, assigned to the Firearm Discharge Investigation Team, and Massachusetts State Trooper Yuri Bukhenik, assigned to the Norfolk County State Police Detective Unit, conducted an audio-recorded interview of Mr. Howard Cooper.

Mayor Martin J. Walsh

ROOT_0002275



1 Schroeder Plaza, Boston, MA 02120-2014

The following is a summary of Mr. Cooper's interview and not intended to be a verbatim account of his interview. A copy of his interview and a transcript is included in the file.

At the time of incident Mr. Cooper was working at the Cumberland Farms gas station next to CVS off of Route 9 near Hammond Street. Mr. Cooper stated that he heard a crash and observed a car doing 360s going down Route 9 and the car stopped at the end of the driveway. Mr. Cooper stated that he went out and observed the vehicle damaged. Mr. Cooper stated as he went back into his kiosk to call 9-1-1, he then observed blue lights coming down Route 9 toward the gas station. Mr. Cooper stated a lot of officers were coming out from Route 9 and from the parking lot, all running toward the building where the bathroom is. Mr. Cooper stated that he heard police officers repeatedly yelling to someone to get down. Mr. Cooper stated that he could not see the officers but could only hear them. Mr. Cooper stated that he then heard about five (5) shots fired. Mr. Cooper stated that there were a couple of shots simultaneously. Mr. Cooper stated that he did not see the discharge but only heard it.

- ### *Mr. Cary Ashworth-King*

On Friday, February 7, 2020, Boston Police Detective Timothy Evans, assigned to the Firearm Discharge Investigation Team, and Massachusetts State Trooper Keith Pantazelos, assigned to the Norfolk County State Police Detective Unit, conducted an audio-recorded interview of Mr. Cary John Ashworth-King

The following is a summary of Mr. Ashworth-King's interview and not intended to be a verbatim account of his interview. A copy of his interview and a transcript is included in the file.

Mr. Ashworth-King stated that he was in his vehicle and headed into the city when he observed a patrol car with its lights on come up from behind him and pass him. Mr. Ashworth-King stated that a short-time later, police vehicles came from the direction of Boston, traveling in the opposite direction. Mr. Ashworth-King stated that this drew his interest and he began to pay attention. Mr. Ashworth-King stated that he heard several officers stating "get down". Mr. Ashworth-King stated that he looked to his left and saw a 25-40-year-old, black male, in the hedge, across from the shopping center on the ground. Mr. Ashworth-King stated that this individual attempted to get up at which time several officers discharged their firearms. Mr. Ashworth-King stated that the individual did not comply with officers' verbal commands. Mr. Ashworth-King stated that the duration of the shots was a half second to two seconds.

- ### *Mr. Austin Baker*

On Friday, February 7, 2020, at approximately 9:20 AM, Boston Police Sergeant Detective Richard Lewis, assigned to the Firearm Discharge Investigation Team, and Massachusetts State Trooper David DiCicco, assigned to the Norfolk County State Police Detective Unit, conducted an audio-recorded interview of Mr. Austin Baker.

8

ROOT_0002276



The following is a summary of Mr. Baker's interview and not intended to be a verbatim account of his interview. A copy of his interview and a transcript is included in the file.

Mr. Baker stated that he was sitting in the corner of Starbucks to the far left when he noticed flashing lights. Mr. Baker estimated that Starbucks is approximately 200 yards from the incident scene. Mr. Baker stated that he then observed an officer with his weapon and an officer to his right with his weapon drawn. Mr. Baker stated that he observed a "suspect" coming off the road and crawling in the bushes. Mr. Baker stated that he believes that officers were giving verbal commands but he couldn't hear anything. He then observed gunfire. Mr. Baker stated that he observed the officer on the right fire his weapon. Mr. Baker stated that he heard six or seven gunshots. Mr. Baker stated that he alerted everyone in Starbucks to get down. Mr. Baker stated that he dropped to the floor and then observed two officers or more officers maneuver towards the "suspect".

- ### *Mr. John Hussey*

On Friday, February 7, 2020, Boston Police Detective Timothy Evans, assigned to the Firearm Discharge Investigation Team, and Massachusetts State Trooper Keith Pantazelos, assigned to the Norfolk County State Police Detective Unit, conducted an audio-recorded interview of Mr. John Hussey.

The following is a summary of Mr. Hussey's interview and not intended to be a verbatim account of his interview. A copy of his interview and a transcript is included in the file.

Mr. Hussey stated he had pulled into the Star Market parking lot to retrieve his cellular phone that had dropped on the floor. Mr. Hussey stated that while he was in the parking lot, he heard a police officer screaming at a guy to "get down, get down". Mr. Hussey stated that he looked into his mirror and observed this individual in a grassy area just off of Route 9. Mr. Hussey stated that he could also observe three uniformed police officers. Mr. Hussey stated that it appeared that the individual tried to get down but then stood back up. Mr. Hussey stated that the police officers yelled at him again to "get down, get down". Mr. Hussey stated that it appeared that the individual went down and then he heard "he's got a gun". Mr. Hussey stated that he then heard gunfire. Mr. Hussey stated that he saw a flash from a police officer's gun. Mr. Hussey stated that he ducked down into his front seat. Mr. Hussey stated that he heard multiple additional gunshots. Mr. Hussey stated that after the shot he got up and he was approached by a uniformed police officer and was removed from his vehicle. Mr. Hussey stated that he observed EMS treating the individual on the ground.

- ### *Mr. John Rainis, Jr*

On Friday, February 7, 2020, Boston Police Detective Timothy Evans, assigned to the Firearm Discharge Investigation Team, and Massachusetts State Trooper Keith Pantazelos, assigned to the Norfolk County State Police Detective Unit, conducted an audio-recorded interview of Mr. John Rainis.

The following is a summary of Mr. Rainis' interview and not intended to be a verbatim account of his interview. A copy of his interview and a transcript is included in the file.

9

ROOT_0002277



Mr. Rainis stated that he heard some loud noises, like "pop, pop, pop, pop". Mr. Rainis stated that the sounds were in quick succession. Mr. Rainis stated that he could not see anything from his home-office because of obstructions.

- ### *Ms. Bettina Hoffman*

On Friday, February 7, 2020, at approximately 4:05 PM, Boston Police Detective Patricia Durant, assigned to the F.B.I. Violent Crimes Task Force, and Massachusetts State Lieutenant Michael Grassia, assigned to the F.B.I. Violent Crimes Task Force, conducted an audio-recorded interview of Ms. Bettina Hoffman.

The following is a summary of Ms. Hoffman's interview and not intended to be a verbatim account of her interview. A copy of her interview and a transcript is included in the file.

Ms. Hoffman stated that she was in the area of Hammond Street at Route 9 when she heard sirens approaching. Ms. Hoffman stated that she observed a heavily damaged vehicle. Ms. Hoffman stated that the police arrived on scene. Ms. Hoffman stated that she observed an individual on the ground and observed the police surrounding him. Ms. Hoffman stated that the police began to shoot. Ms. Hoffman stated that she began to video the incident (contained in the file). Ms. Hoffman stated that she heard officers state that the individual was still moving.

- ### *Mr. Patrick Cochran*

On Friday, February 7, 2020, at approximately 11:35 AM, Boston Police Detective Kevin Finn, assigned to the Firearm Discharge Investigation Team, and Massachusetts State Trooper Michael Proctor, assigned to the Norfolk County State Police Detective Unit, conducted an audio-recorded interview of Mr. Patrick Cochran.

The following is a summary of Mr. Cochran's interview and not intended to be a verbatim account of his interview. A copy of his interview and a transcript is included in the file.

Mr. Cochran stated that he was in the Star Market parking lot located at the intersection of Route 9 at Hammond Street in Brookline. Mr. Cochran stated that he was in his vehicle and facing Route 9. Mr. Cochran stated that he heard sirens and looked to his left and thought what he heard to be an accident. Mr. Cochran stated that he began to exit his vehicle when he observed a male run around the corner with a dark jacket. Mr. Cochran stated that he observed seven to ten Boston and State Police Officers with their firearms out yelling stop, get down, don't move, drop it, and freeze. Mr. Cochran stated that he observed the individual turning towards officers and then the officers started firing. Mr. Cochran stated that he was unable to determine if the individual started firing at officers. Mr. Cochran stated that following the shots he again exited from his vehicle, approached the scene, and heard the officers telling the individual not to move. Mr. Cochran stated that the ambulance arrived quickly on the scene. Mr. Cochran stated that he took pictures of the scene following the shots which depicted officers standing around. An entire phone extraction of Mr. Cochran's cellular phone was done and is contained in the file.

10

ROOT_0002278



1 Schroeder Plaza, Boston, MA 02120-2014

- *Ms. Shelly McCarthy*

On Friday, February 7, 2020, at approximately 12:37 PM, Boston Police Detective Kevin Finn, assigned to the Firearm Discharge Investigation Team, and Massachusetts State Trooper David DiCicco assigned to the Norfolk County State Police Detective Unit, conducted an audio-recorded interview of Ms. Shelly McCarthy.

The following is a summary of Ms. McCarthy's interview and not intended to be a verbatim account of hers interview. A copy of her interview and a transcript is included in the file.

Ms. McCarthy stated that she was parked in the parking lot of Star Market when she heard a car coming that was making noises as it was operating on rims. Ms. McCarthy stated that she then observed the car smash into the curb. Ms. McCarthy stated that she observed a tall, skinny white male wearing a long coat exit from the vehicle and saw him walk up a dirt-mulch hill and fall twice. Ms. McCarthy stated that she observed this individual stand back up. Ms. McCarthy stated that she jumped from her car, being a former EMT, and when she approached him, she observed that he was covered in blood. Ms. McCarthy stated that she grabbed one of the individual's shoulders and attempted to lift him up. Ms. McCarthy stated that the individual appeared to be "lights off nobody home". Ms. McCarthy stated that he was holding his chest area and she believed that he was having a heart attack. Ms. McCarthy stated that he was trying to get up. Ms. McCarthy stated that she heard someone screaming for her to run. Ms. McCarthy stated that when she turned around, she observed several officers with their firearms drawn. Ms. McCarthy stated that she ran back to her car located approximately thirty feet away. Ms. McCarthy stated that before she could reach the grass area, she heard gunshots. Ms. McCarthy stated that she entered her car and waited for the police.

***The following witnesses were interviewed related to this investigation and were only witnesses related to the "Boston Scene". Their witness statements will be reflected in Sergeant Detective Broderick's final report.***

- Mr. Troy Askew *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Mr. Shawn McMullen *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Mr. Jerry Anderson *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Ms. Swalpa Udit *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Mr. Michael Firth *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Mr. Pedro Hernandez *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*

11

ROOT_0002279



- Mr. Antonio Echemendia *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Mr. Christopher Ramsdell *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Ms. Diana McGraw *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Mr. Donald Hennebury *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Dr. Alexandra Golby *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Dr. Morgan Esperance *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Mr. Ezekiel Everett *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Mr. Gaylor Espinol *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Mr. George Player *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Mr. Gilbert Urizandi *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Mr. Jefferson St. Cloud *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Ms. Joanne Williams *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Mr. Juan Marty Sala *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Mr. Justin Desmarias *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Ms. Kyla Nader *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Mr. Lawrence Nialetz *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Ms. Lindsay Boland *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Ms. Mary Montgomery *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Mr. Michael Geomelos *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Mr. Michael Donahue *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Ms. Kathryn Fraone *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*

12

ROOT_0002280

**Boston Police**

D E P A R T M E N T                    1 Schroeder Plaza, Boston, MA 02120-2014

- Ms. Octavia Simmons *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Mr. Roger Booker *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Ms. Roisin Reilly *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Mr. Rufus Royer *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Ms. Sabrina Hollander *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Ms. Susan Wiegers *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Mr. Trevon Campbell *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Mr. Juan Monte *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Mr. James Lopez- Royal *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Mr. William Thompson *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Ms. Kate Tagliere-Noble *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*
- Ms. Sofia Ansari *(Brigham & Women's Hospital witness and will be detailed in Sergeant Detective John Broderick's report.)*

## V.  *Police Officer Interviews:*

### Police Officer David Godin, ID # 103757

On Wednesday, February 12, 2020, Massachusetts State Police Detective Lieutenant Gerard Mattaliano and Boston Police Sergeant Detective John Broderick conducted an audio-recorded interview of Police Officer David Godin at the Norfolk County District Attorney's Office, related to both scenes. Police Officer Godin was represented by Attorney Kenneth Anderson.

This is a summary of Police Officer Godin's interview related to the incident in Brookline and his knowledge at the time he discharged his firearm in Brookline. This is not intended to be a verbatim account of his interview. A copy of his audio-recorded interview and a transcript of his interview is included in the file.

Police Officer Godin stated that he responded to a radio call in the area of Vining Street at Fenwood Road for a person with a gun who was driving a black Dodge Colt. Police Officer Godin stated on his second loop around of that intersection, he encountered a white male with glasses, brown hair who informed him that someone was shooting "up there". Police Officer Godin stated that he exited

13

ROOT_0002281



from his vehicle, near 75 Fenwood Road, when he observed a male wearing a black jacket, which was open, black pants, running down the sidewalk, later identified as Juston Root. Police Officer Godin stated that Root was yelling "I'm law enforcement, go up there, I'm law enforcement". Police Officer Godin stated that he was approximately within three (3) feet of Root when Root pulled a firearm from his waist and pointed it at him. Police Officer Godin stated that he immediately drew his firearm and issued verbal commands to Root for him to drop the gun. Police Officer Godin stated that he discharged his firearm. Police Officer Godin stated that he began to back up and create space when he fell over the curb. Police Officer Godin stated that he recalled saying to himself, to "get up, he's gonna kill you, if you don't get up, he's gonna kill you". Police Officer Godin stated that he observed Root again and his firearm jammed. Police Officer Godin stated that he conducted a magazine change. Police Officer Godin stated that he also noticed that he had lost his portable radio. Police Officer Godin stated that while he was on the ground, he can hear shots being fired and believed that Root was shooting at him. *(Police Officer Godin was unaware that Police Officer St. Peter was firing at Root as Root was standing over him, with what he believed to be a gun, firing it).*

Police Officer Godin stated that Root fled in his vehicle. Police Officer Godin stated that he returned to his vehicle, notified operations of the officer involved shooting, and pursued Root. Police Officer Godin further notified Operations that he had shot Root during the encounter.

Police Officer Godin stated that he was joined by other officers in the pursuit. During the pursuit, Police Officer Godin stated that one of the cruisers came from his left-side and tried to strike Root's vehicle. The pursuit stopped for a couple of seconds and officers approached Root's vehicle before he fled again. Police Officer Godin stated that he came into an intersection in Brookline where he observed numerous cars damaged and observed Root's vehicle on the right-side of the road. Police Officer Godin stated that he pulled past cars and observed Root lying on the corner near the shopping plaza. Police Officer Godin stated that he observed a lady approaching Root and all of the officers were yelling at her to get back.

Police Officer Godin stated that he was now joined by four or five officers all issuing verbal commands. Police Officer Godin stated that Root is in a seated position, leaning to his right-side. Police Officer Godin stated that at that time, he observed Root reach, with his right hand, into his jacket and an officer yelling "gun". Police Officer Godin stated than an officer alerted other officers that Root was reaching for a gun. Police Officer Godin stated that at this time he discharged his firearm.

### Police Officer Michael St. Peter, ID # 108891

On Wednesday, February 12, 2020, Boston Police Sergeant Detective John Broderick, assigned to the Firearm Discharge Investigation Team, and Massachusetts State Police Detective Lieutenant Gerard Mattaliano, assigned to the Norfolk County District Attorney's Office, conducted an audio-recorded interview of Police Officer Michael St. Peter at the Norfolk County District Attorney's Office. Police Officer St. Peter was represented by Attorney Kenneth Anderson.

It was determined that Police Officer St. Peter **_did not_** discharge a firearm at the "Brookline Scene". Please see Sergeant Detective John Broderick's report for a summary of his interview.

14



Police Officer St. Peter stated that in relation to the "Brookline Scene", after discharging his firearm at the "Boston Scene" he believed that the suspect had been shot. Police Officer St. Peter stated that the suspect returned to his vehicle was still armed with what he believed to be a firearm and fled. Police Officer St. Peter stated that at this time he believed that the suspect had fired his weapon at an individual. Police Officer St. Peter stated that he pursued the suspect on Huntington Avenue toward Brookline. Police Officer St. Peter stated that during the pursuit an officer attempted to disable the suspect vehicle. Police Officer St. Peter stated during the pursuit he heard a broadcast that officers had lost sight of the suspect. Police Officer St. Peter stated that he turned off of Route 9 to search for the suspect vehicle. Police Officer St. Peter stated that as he turned into the Star Market parking lot, he observed several cars, and then heard shots being fired. Police Officer St. Peter stated that he did not observe the shooting. Police Officer St. Peter stated that he deployed his canine partner and approached the incident scene and observed several Boston and Brookline Police Officers along with a State Trooper. Police Officer St. Peter stated that he approached the suspect with his canine and other officers. Police Officer St. Peter stated that he returned to his car and put the canine in his vehicle. Police Officer St. Peter stated that he never saw a suspect weapon. Police Officer St. Peter stated that he did not discharge his firearm at the "Brookline Scene".

### Police Officer Joseph McMenamy, ID # 144501

On Wednesday, February 12, 2020, Massachusetts State Police Sergeant John Fanning and Boston Police Sergeant Detective Richard Lewis conducted an audio-recorded interview of Police Officer Joseph McMenamy at the Norfolk County District Attorney's Office, related to the "Brookline Scene". Police Officer McMenamy was represented by Attorney Kenneth Anderson.

This is a summary of Police Officer McMenamy's interview related to the incident in Brookline and his knowledge at the time he discharged his firearm in Brookline. This is not intended to be a verbatim account of his interview. A copy of his audio-recorded interview and a transcript of his interview is included in the file.

Police Officer Joseph McMenamy was assigned with Police Officer Robert Lumiere. At the time of incident, Police Officer Lumiere was at the station writing a report. Police Officer Joseph McMenamy stated that he heard a radio call for a person with a gun. Police Officer McMenamy stated that he believed the call to be a road-rage incident and continued back to the station to pick up his partner. Police Officer McMenamy stated that he then heard Police Officer Godin confirm that a gun was flashed, shots being fired, and then a Code 303 (Officer Involved Shooting). Police Officer McMenamy stated that he immediately responded to the area where he observed cruisers. Police Officer McMenamy stated that when he first arrived in the area of Huntington Avenue, he observed police cruisers on Huntington Avenue traveling outbound towards Brookline, and believed the cruisers were responding to the scene. Police Officer McMenamy stated that he did not see the suspect vehicle at first and did not realize the cruisers were pursuing a vehicle. Police Officer McMenamy quickly realized that officers were pursuing a vehicle. Police Officer McMenamy stated he believed they were pursuing a vehicle that was just involved in a shooting.

Police Officer McMenamy stated that he checked Huntington Avenue and saw the oncoming lane of traffic was clear. Police Officer Joseph McMenamy stated that due to seriousness of the

15

ROOT_0002283



1 Schroeder Plaza, Boston, MA 02120-2014

offenses, he went into the left lane of oncoming traffic to see if he could get around the other police vehicles. Police Officer McMenamy stated that he was able to pull aside the suspect vehicle. Police Officer McMenamy stated that he attempted a "PIT Maneuver", which he described as ramming the suspect vehicle on the driver's side. The maneuver brought the suspect vehicle to a complete stop. Police Officer McMenamy ran to the suspect vehicle, drew his firearm, at which time the suspect was able to evade capture and the pursuit continued.

Police Officer McMenamy stated the pursuit continued onto Route 9 into Brookline as the suspect gained distance. Police Officer McMenamy stated that he last saw the suspect when he went over a hill. Police Officer McMenamy stated that he broadcasted that he had lost sight of the suspect. Police Officer McMenamy stated that he continued straight for approximately thirty more seconds when he observed a motor vehicle accident.

Police Officer McMenamy stated that he observed the suspect vehicle unoccupied. Police Officer McMenamy stated that he exited from his vehicle, drew his firearm. Police Officer McMenamy stated that he observed a white male stumbling to the ground near the shopping mall exit. Police Officer McMenamy stated that he ran toward this white male. Police Officer McMenamy stated that a woman had approached the suspect to assist him. Police Officer McMenamy stated that he ordered the woman to get away and she immediately did. Police Officer McMenamy stated that he believed that the woman had made physical contact with the suspect. Police Officer McMenamy stated that the women retreated back to a vehicle he later saw her sitting in. Police Officer McMenamy stated that he issued the suspect repeated verbal commands to "get on the ground, show me your hands, get on the ground". Police Officer McMenamy stated that the suspect was crouching down, but standing looking at him. Police Officer McMenamy stated that he approached the suspect and with his left leg, kicked him to the ground. Police Officer McMenamy stated that the suspect stood back up or went to one knee as other officers were issuing verbal commands. Police Officer McMenamy stated that a State Trooper was to his right and was also issuing verbal commands.

Police Officer McMenamy stated that he believed that the suspect began to grab at his unzipped jacket which revealed the backside and the handle of a pistol. Police Officer McMenamy stated that the pistol appeared holstered, that he described as an "old detective's holster". Police Officer McMenamy stated that the pistol was positioned in the area of the suspect's chest. Police Officer McMenamy stated that the suspect grabbed his jacket with one of his hands as his other hand went into his jacket and reached for the handgun. In response, Police Officer McMenamy discharged his Department-issued firearm.

Police Officer McMenamy stated that he believed he discharged between four (4) to ten (10) times. Police Officer McMenamy stated that the suspect's hands were still moving. Police Officer McMenamy stated that he continued to point his firearm at the suspect as Police Officer Figueroa approached the suspect with State Trooper Conneely who retrieved the suspect's weapon. Police Officer McMenamy stated that re-holstered.

Police Officer McMenamy stated that he discharged because he was in fear the suspect was going to shoot him.

ROOT_0002284



### Police Officer Leroy Fernandes, ID # 113407

On Wednesday, February 12, 2020, Massachusetts State Police Sergeant John Fanning and Boston Police Sergeant Detective Richard Lewis conducted an audio-recorded interview of Police Officer Leroy Fernandes at the Norfolk County District Attorney's Office, related to the "Brookline Scene". Police Officer Fernandes was represented by Attorney Kenneth Anderson.

This is a summary of Police Officer Fernandes' interview related to the incident in Brookline and his knowledge at the time he discharged his firearm in Brookline. This is not intended to be a verbatim account of his interview. A copy of his audio-recorded interview and a transcript of his interview is included in the file.

Police Officer Fernandes was assigned with Police Officer Corey Thomas and responded to the Brigham & Women's Hospital for an officer calling for shots being fired. Police Officer Fernandes stated that an he believed a suspect had been shot. Police Officer Fernandes stated that as he was approaching the area of Tremont Street at Huntington Avenue, he observed cruisers in pursuit of a vehicle. Police Officer Fernandes stated that he joined into the pursuit. Police Officer Fernandes stated that the pursuit continued onto Route 9 toward Route 128. Police Officer Fernandes stated that as he was coming down Route 9, he observed a debris area, indicative of an accident. Police Officer Fernandes stated that he navigated through the accident and exited from his vehicle.

Police Officer Fernandes stated that he approached a mulch area and heard an officer stating "show me your hands". Police Officer Fernandes stated that the suspect reached into what appeared to be a jacket, as if he was gesturing to pull something. Police Officer Fernandes stated that in fear that the suspect was reaching for a firearm to kill him or shoot one of his fellow officers, he discharged his firearm. Police Officer Fernandes stated that he believed he discharged his firearm twice.

Police Officer Fernandes stated that a Massachusetts State Trooper approached the suspect in order to secure him and located a firearm under the suspect.

### Police Officer Corey Thomas, ID # 153159

On Wednesday, February 12, 2020, Massachusetts State Police Sergeant Romere Antoine and I, Boston Police Sergeant Detective Marc Sullivan, conducted an audio-recorded interview of Police Officer Corey Thomas at the Norfolk County District Attorney's Office, related to the "Brookline Scene". Police Officer Thomas was represented by Attorney Kenneth Anderson.

This is a summary of Police Officer Thomas' interview related to the incident in Brookline and his knowledge at the time he discharged his firearm in Brookline. This is not intended to be a verbatim account of his interview. A copy of his audio-recorded interview and a transcript of his interview is included in the file.

Police Officer Thomas was assigned with Police Officer Leroy Fernandes on the date of incident. Police Officer Thomas stated that he observed on the CAD a call for a person with a gun at 40 Fenwood Road. Police Officer Thomas stated that he and his partner began to respond to the area. Police Officer Thomas stated that as they approached Huntington Avenue, he observed a silver vehicle being pursued by police cruisers. Police Officer Fernandes stated that they joined into the pursuit which traveled

17

ROOT_0002285



into Brookline. Police Officer Thomas stated during the pursuit, he learned that shots had been fired with the suspect and an officer involved shooting had occurred.

Police Officer Thomas stated that as they went through the Hammond Street intersection, he observed extensive damage and further observed the suspect's vehicle a little further ahead. Police Officer Thomas stated that he exited from his vehicle and ran to where he observed another officer speaking with the suspect. Police Officer Thomas stated that he could see the suspect's arms but could not see his hands. Police Officer Thomas described the suspect's hands as being close to his chest and was moving erratically. Police Officer Thomas stated that there were multiple officers in front of the suspect issuing verbal commands to get on the ground and to show his hands. Police Officer Thomas stated that there was little available for cover. Police Officer Thomas stated that the suspect did not comply with any verbal commands. Police Officer Thomas stated that he heard a gunshot and believed that the suspect had shot at officers. In response, Police Officer Thomas stated that he discharged his firearm.

### Police Officer Brenda Figueroa, ID # 148264

On Wednesday, February 12, 2020, Massachusetts State Police Sergeant Romere Antione and I, Boston Police Sergeant Detective Marc Sullivan, conducted an audio-recorded interview of Police Officer Brenda Figueroa at the Norfolk County District Attorney's Office, related to the "Brookline Scene". Police Officer Figueroa was represented by Attorney Kenneth Anderson.

This is a summary of Police Officer Figueroa's interview related to the incident in Brookline and her knowledge at the time she discharged her firearm in Brookline. This is not intended to be a verbatim account of her interview. A copy of her audio-recorded interview and a transcript of her interview is included in the file.

Police Officer Figueroa stated that at approximately 9:00 AM, the dispatcher notified officers of person with a gun at the Brigham & Women's Hospital. Police Officer Figueroa stated she believed she was assigned as the primary unit. Police Officer Figueroa stated that she recalled being in the area of Roxbury Crossing when an officer broadcasted that shots had been fired. Police Officer Figueroa stated that she heard an additional broadcast that the suspect was taking off. Police Officer Figueroa stated that she joined into the pursuit. Police Officer Figueroa stated that during the course of the pursuit she learned that a valet had been shot. Police Officer Figueroa stated that she believed that the suspect she was pursuing was shooting innocent people.

Police Officer Figueroa stated that she observed a motor vehicle accident and then observed everyone's brake lights illuminate. Police Officer Figueroa stated that she activated her Body Worn Camera and exited from her vehicle. Police Officer Figueroa stated that she drew her Department-issued firearm knowing that this had started as a firearm call. Police Officer Figueroa stated that she observed the suspect on his knees. Police Officer Figueroa stated that she "begged" the suspect to drop his gun, show his hands. Police Officer Figueroa stated that the suspect "smirked" at officers, like a laugh, at which time Police Officer Figueroa observed the suspect pulling out a black firearm. (In reviewing Police Officer Figueroa's BWC footage, the audio captured verbal commands of "get down, get down, and let me see your hands". As a result of the placement of the BWC, when Police Officer Figueroa raised her hands to discharge the camera was blocked. After the shots, the officers indicate the suspect is still armed

ROOT_0002286



with a firearm and is still moving). Police Officer Figueroa handcuffed the suspect and Trooper Conneely secured the suspect's weapon at which point they determine it was a replica firearm.

Police Officer Figueroa stated that she was afraid she was going to get shot or someone else was going to get shot and, in response, discharged her firearm. Police Officer Figueroa stated that she approached the suspect with a Massachusetts State Trooper and observed the black firearm that the suspect had. The weapon was later determined to be a black Crossman, 4.5mm, Co2-powered semi-automatic BB pistol.


### Massachusetts State Trooper Paul Conneely

On Friday, February 14, 2020, Massachusetts State Police Detective Lieutenant Gerard Mattaliano, assigned to the Norfolk County District Attorney's Office and I, Sergeant Detective Marc Sullivan, assigned to the Firearm Discharge Investigation Team, conducted an audio-recorded interview of Massachusetts State Trooper Paul Conneely at the Norfolk County District Attorney's Office. Trooper Conneely was represented by Attorney Daniel Moynihan.

This is a summary of Trooper Conneely's interview related to the incident in Brookline and his knowledge at the time he discharged his firearm in Brookline. This is not intended to be a verbatim account of his interview. A copy of his audio-recorded interview and a transcript of his interview is included in the file.

Trooper Conneely was assigned to the Route 9 area and was in full uniform on the date of incident. Trooper Conneely stated that he was monitoring the Boston Police Area B radio channel that someone had pulled a gun on a security officer at the Brigham & Women's Hospital. Trooper Conneely stated that he started to head east-bound on Route 9. Trooper Conneely stated that the scanner in his police vehicle that he was monitoring the Boston Police from was breaking up but he heard something related to Fenwood Road. Trooper Conneely stated that he only could decipher a broadcast about "shot". Trooper Conneely stated that he couldn't hear anything else about it. Trooper Conneely stated that he inquired with his dispatcher as to what was happening at the Brigham & Women's Hospital. Trooper Conneely stated that he then heard a broadcast on his Massachusetts State Police channel stating that "they're on Huntington Ave". Trooper Conneely stated that he then heard "Entering Route 9". Trooper Conneely stated that he intended to deploy stop-sticks on Route 9. Trooper Conneely stated that he knew of a cutout on Route 9 that he felt would be safe to deploy the stop-sticks. Trooper Conneely stated that as he is almost at that location, he heard a broadcast that the pursuit was at Chestnut Hill Avenue. Trooper Conneely stated that prior to deploying the stop-sticks, he inquired with his dispatcher to confirm if a Boston Police Officer had been shot or if the suspect had been shooting at the police. Trooper Conneely stated that at that point, he looked up and saw the suspect vehicle passing him. Trooper Conneely stated that he observed several Boston Police cruisers pursuing the suspect. Trooper Conneely stated that he made the turn and headed west-bound. Trooper Conneely stated that a short-time later he heard a broadcast from Boston officers that they had lost the suspect vehicle. Trooper Conneely stated that he observed two Boston Police cruisers turn right off of Route 9. Trooper Conneely stated that he looked ahead and observed the aftermath of a crash at Hammond Street at Route 9. Trooper Conneely stated that he immediately notified his dispatcher of the crash and requested an ambulance. Trooper Conneely stated that he observed the suspect vehicle had traveled a distance from the intersection. Trooper Conneely

19

ROOT_0002287



stated that he observed the suspect flee from his vehicle toward the right. Trooper Conneely stated that he pulled around the suspect vehicle and exited from his marked cruiser. Trooper Conneely stated that the suspect had fallen in mulch area. Trooper Conneely stated that he ran up onto the sidewalk. Trooper Conneely stated that the suspect attempted to stand up and was on one knee. Trooper Conneely stated that he had planned to tackle the suspect when a Boston Police Officer, standing to his left, yelled out that the suspect has a gun on his chest. Trooper Conneely stated that he stopped and drew his weapon. Trooper Conneely stated that officers were issuing verbal commands to "drop the gun", repeatedly. Trooper Conneely stated that the suspect reached into his chest. Trooper Conneely stated that he knew the suspect had his hand on something coming out but believed it to be gun from his knowledge at that time. Trooper Conneely stated that he believed that the suspect was going to pull the gun out. Trooper Conneely stated that he discharged his firearm. Trooper Conneely stated he re-holstered his weapon. Trooper Conneely stated that he and a female Boston Police Officer approached the suspect to place him into custody. Trooper Conneely stated that as she secured the suspect's right hand, the gun was in the suspect's right hand. Trooper Conneely stated that he reached in underneath him and took custody of the suspect's weapon. Trooper Conneely stated that he noticed that the suspect's weapon had blood on it so he dropped the weapon onto the mulch. Trooper Conneely stated that he did not know how many times he discharged. Trooper Conneely stated that he was only aware of the officer to his left discharging his weapon. Trooper Conneely stated that at the time he discharged his firearm he was in fear that his life was at stake and the officers would be shot.

### VI. *Officers' Firearms:*

All of the discharging Boston Police Officers surrendered their Department-issued firearms on scene. I requested that Sergeant Detective Thomas Pratt, assigned to the Firearm Discharge Investigation Team, document all the discharging officers' Department-issued firearms.

- Police Officer Leroy Fernandes, Glock, Model 22, Serial number UWZ542 contained one (1) round in the chamber and thirteen (13) rounds in the magazine. The two spare magazines each contained fifteen (15) rounds. (Indicative of two (2) rounds discharged).

- Police Officer Corey Thomas, Glock, Model 22, Serial number VYP019, contained one (1) round in the chamber and twelve (12) rounds in the magazine. The two spare magazines each contained fifteen (15) rounds. (Indicative of three (3) rounds discharged.

- Police Officer Michael St. Peter, Glock, Model 22, Serial number VYP111, contained one (1) round in the chamber and five (5) rounds in the magazine. The two spare magazines each contained fifteen (15) rounds. (Indicative of ten (10) rounds discharged. **Police Officer St. Peter's rounds were fired at the "Boston Scene", not at the "Brookline Scene"**).

- Police Officer David Godin, Glock Model 22, Serial number VYP503, contained one (1) round in the chamber and five (5) rounds in the magazine. No spare magazines due to a magazine change on the "Boston Scene". (Indicative of eight (8) rounds discharged in Brookline.

20

ROOT_0002288



1 Schroeder Plaza, Boston, MA 02120-2014

Police Officer Godin also discharged at the "Boston Scene", this count does not reflect rounds discharged at the "Boston Scene").

- Police Officer Brenda Figueroa, Glock, Model 22, Serial number VYN090, contained one (1) round in the chamber and twelve (12) rounds in the magazine. The two spare magazines each contained fifteen (15) rounds. (Indicative of three (3) rounds discharged).

- Police Officer Joseph McMenamy, Glock, Model 22, Serial number FYP915, contained one (1) round in the chamber and five (5) rounds in the magazine. The two spare magazines each contained 15 rounds. (Indicative of 10 rounds discharged).

*At the time of incident, Police Officer Godin was in possession of Police Officer Jordan Wells' Department-issued firearm. An investigation revealed that Police Officer Wells was in custody of Police Officer Godin's firearm. (see Police Officer Wells form 26).*

### VII. *Range Qualifications of Officers:*

- Police Officer David Godin qualified at the Boston Police range on November 26, 2019.
- Police Officer Joseph McMenamy qualified at the Boston Police range on October 22, 2019.
- Police Officer Leroy Fernandes qualified at the Boston Police range on November 12, 2019.
- Police Officer Corey Thomas qualified at the Boston Police range on December 5, 2019.
- Police Officer Brenda Figueroa qualified at the Boston Police range on November 7, 2019

### VIII. *Decedent History:*

This is a brief summary of Juston Root and is not meant to be a comprehensive account of Root's criminal or behavioral history.

Juston Root aka Justin Root, was 41 years old at the time of his death (DOB 1/27/79), a White Non-Hispanic male. Root had an active Massachusetts Driver's License (S19736252). Root resided at 13 Catbird Street in Mattapan, Massachusetts. Root has a 2012 Chevrolet Volt with Massachusetts registration 8SL846 registered in his name. This is the same vehicle that Root operated in this incident.

ROOT_0002289



A review of his Massachusetts Board of Probation (BOP) revealed twenty-three (23) adult entries stemming from five (5) separate arraignments and twelve (12) juvenile entries stemming from five (5) separate arraignments. The majority of these incidents involved an assault and six (6) arraignments are for Assault and Battery on a Police Officer or Resisting Arrest. The last adult arraignment was in 2013.

Root's out of state crime history revealed that he was arrested in February of 2000 in Nashua, NH for Possession of Class C and in October 2000 in Hillsborough, NH for Possession of Class C.

A review of available Boston Police incident reports indicates a pattern of Root impersonating law enforcement and/ or military personnel. In many of these incidents, Root is in possession of replica firearms, fake badges, and handcuffs. There are many incidents showing assaultive behavior as well as Root's failure to take prescribed medications.

On March 26, 2019, Root was found in the parking lot of Area B3 where he claimed that he was working for the CIA. He was found to be in possession of a fake badge. Among the items recovered from his vehicle, the same vehicle used on February 7th, 2020, during that incident were a BB gun, a paintball gun, and two spring assisted knives.

On August 6, 2013, a report was filed by the Northeastern University Police Department reporting that their Officers encountered Root in the area of Forsyth and Greenleaf Streets where Root told Officers that he was employed by the United States government in a "Black Ops" capacity and needed to conduct a count of the bathrooms at Northeastern University. When the Officers attempted to detain Root for a mental evaluation, he became combative and resisted arrest. He was eventually subdued and placed under arrest. While the arresting Officer was processing Root, he received a call from Barbara Root, who is Juston's mother. Barbara Root explained to the Officer that Root had a mental illness and was supposed to be going to the hospital.

On January 16, 2012, Barbara Root called the police to report that she believed that her son's, Juston Root, apartment had been broken into. She told Officers that her son had been hospitalized for a few months and had not been staying in the apartment.

On August 17, 2011, Root was arrested after attempting to gain entrance into residences on Pond St in Jamaica Plain. During that incident, two replica firearms, loaded with BBs, handcuffs, and a replica hand grenade were recovered. This incident was also the topic of a BRIC Officer Safety & Awareness bulletin.

On December 22, 2010, Barbara Root called police to report that her son, Juston, who was Bipolar and off his medications, had threatened to get a gun and shoot her and himself if his Doctor kept him on his medications. Juston Root was subsequently transported to Faulkner Hospital.

On May 21, 2003, Barbara Root called police to report that her son, Juston, was not taking his medications, was hallucinating, and had left the house. In that report, she indicates that her son, Juston Root, is prescribed Geodon and Seroquel based on his diagnosis of being a Schizophrenic.

ROOT_0002290



It should be noted that Sergeant Detective Earl Perkins responded to the Massachusetts Department of Mental Health (DMH) located at 75 Fenwood Road in an attempt to secure any potential video. An employee of DMH indicated that they had an idea of what happened and asked Sergeant Detective Perkins if "J.R." had been involved. Sergeant Detective Perkins understood this statement to be a reference to Juston Root.

### IX. *Synopsis of Incident:*

Please refer to Sergeant Detective John Broderick's report related to the details of the "Boston Scene". After a confrontation with police, in the area of Vining Street and Fenwood Road with an individual later identified as Juston Root (Date of Birth: 01/27/1979), Police Officers Godin and St. Peter discharged their Department-issued firearms. Mr. Root fled from the "Boston Scene" in a silver 2012 Chevrolet Volt, Massachusetts registration 8SL846. Police Officer Godin notified Boston Police Operations of the firearm discharges, that Mr. Root had been struck by the gunfire, and that they were in pursuit of Root on Huntington Avenue towards the Town of Brookline.

On Friday, February 7, 2020 at approximately 9:20 AM, Police Officer Michael St. Peter, assigned to the Canine Unit, was working a privately-paid detail at the Brigham and Women's Hospital when he was waved down by a security officer at the Brigham & Women's Hospital who alerted him that someone had brandished a firearm at him after the security officer requested that he move his car. At 9:21:06 AM, the Boston Police Operations Area B dispatcher dispatched Police Officers from Area B-2 for a report of a person that had threatened security with a gun after they requested to move his vehicle. At 9:22:28 AM, the dispatcher described the suspect vehicle as a silver two-door "Colt" operating on Fenwood Road toward Francis Street. At 9:22:55 AM, the dispatcher updated the call that the suspect had the gun in a holster on his hip.

Police Officer St. Peter, in full uniform and driving his assigned marked Boston Police Canine Department-vehicle along with Police Officer David Godin, assigned to Area B-2, also in full uniform and driving his assigned Area B-2 marked Department-vehicle, responded to the incident.

I have reviewed that the Boston Police Turret recordings for this incident. The Boston Police Area B dispatcher did confirm an officer involved shooting and shots fired at the "Boston Scene" as the pursuit started. At 9:23:18 AM, a police officer confirmed the report that the suspect had pulled a gun on security. At 9:23:42 AM, a police officer broadcasted, yelling, "Fenwood Road". At 9:24:20 AM, a Police Officer broadcasted "shots fired". At 9:24:44 AM, a Police Officer broadcasted "Code 303". At 9:24:51 AM, the dispatcher broadcasted that a Code 303, the Boston Police code for an officer involved shooting, had occurred. At 9:25:01 AM, a Police Officer was broadcasting the pursuit. At 9:25:15 AM, a Police Officer broadcasted that the suspect had been shot during the incident. At 9:27:06 AM, Captain Robert Ciccolo inquired on the channel why officers were pursuing the suspect vehicle. The dispatcher informed Captain Ciccolo that the suspect had been shot and there had been a "Code 303". At 9:28:06 AM, the dispatcher broadcasted that the Massachusetts State Police and Brookline Police had been

23

ROOT_0002291



notified of the pursuit. At 9:28:45 AM, a Police Officer broadcasted that he had lost sight of the suspect vehicle on Route 9.

At approximately 9:29:54 AM, officers at the "Brookline Scene" reported shots fired and that the suspect was down. At approximately 9:32:00 AM, the Area B dispatcher broadcasted that that the Brigham & Women's Hospital was reporting a person shot. The victim of the shooting was identified as Justin Desmarais (DOB 08/05/1970). It was later determined that an officer's round had struck Mr. Desmarais.

Boston Police Officers Brenda Figueroa, Joseph McMenamy, Leroy Fernandes, and Corey Thomas all joined the pursuit of Mr. Root. All of the aforementioned police officers were dressed in full Boston Police uniforms and operating marked Department-vehicles. The pursuit entered the Town of Brookline where Root's speeds were in excess of 70 miles per hour. Trooper Conneely attempted to deploy stop-sticks on Route 9 West but was unable to do so in time.

As the involved police officers entered the area of Boylston Street at Hammond Street, they observed the aftermath of a multi-vehicle collision. Root's vehicle was located west of the intersection and had sustained heavy damage, including losing a wheel/tire from the vehicle. The collision was captured by a Town of Brookline traffic camera. The camera also captured Root exit from his vehicle and flee toward the Star Market parking lot where he fell to the ground. A female patron was also observed to begin to approach Root, appearing to offer aide. Root was able to return to his feet as Police Officers Godin, Figueroa, McMenamy, Thomas, and Fernandes arrived on scene and exited from their vehicles. Trooper Conneely pulled his vehicle ahead of the Boston officers and exited from his marked Department-vehicle.

The officers had formed a line formation facing Root where they issued multiple verbal commands. Police Officer Figueroa had activated her Body Worn Camera (BWC) during the pursuit. Police Officer Figueroa's BWC captured the verbal commands. Several witnesses also stated that they heard officers issue verbal commands. Trooper Conneely was prepared to tackle Root when he was alerted by a Boston Police Officer, that Root had a firearm in the area of his chest. As officers continued to issue verbal commands, Root moved his hands inside his jacket where he was wearing a shoulder holster and contained a replica firearm. Several officers observed the firearm and alerted the other officers on the scene by yelling "gun". Simultaneously, Police Officers Godin, Fernandes, Figueroa, McMenamy, Thomas, and Trooper Conneely intentionally discharged their Department-issued firearms.

Root fell to the ground where his firearm had landed underneath his body. Trooper Conneely and Police Officer Figueroa approached Root. In reviewing Police Officer Figueroa's BWC footage, the audio captured verbal commands of "get down, get down, and let me see your hands", prior to shots being fired. As a result of the placement of the BWC, when Police Officer Figueroa raised her hands to discharge the camera was blocked. After the shots, the officers indicate the suspect is still armed with a firearm and is still moving. Police Officer Figueroa handcuffed the suspect as Trooper Conneely secured the suspect's weapon at which point he determined it was replica firearm.



DEPARTMENT                                                1 Schroeder Plaza, Boston, MA 02120-2014

Fallon Ambulance, the EMS service for the Town of Brookline, responded to the "Brookline Scene" at 9:35 AM and transported Root to the Beth Israel Deaconess Medical Center. Mr. Root was pronounced dead at 10:06 AM by Dr. Odom. Mr. Root had sustained multiple gunshot wounds to his torso, left arm, right hand, left leg, and back area.

## X.  *Administrative Findings:*

I, Sergeant Detective Marc Sullivan, ID # 11958, determined through witness statements, police officer interviews, recovered evidence, forensic analysis, police turret communications, and through the review of video surveillance and body worn camera footage, that, in direct response to the threat of great bodily injury or death to himself and other officers, that Boston Police Officer David Godin, ID # 103757, intentionally discharged his Department-issued firearm.

I, Sergeant Detective Marc Sullivan, determined that that Police Officer Godin had no less drastic means available to defend himself against a person he firmly believed was in possession of a firearm and had used the firearm to shoot at him at the "Boston Scene". I have concluded that Police Officer Godin was in compliance with Boston Police Department Rule 303, section 6 (A) and 6 (B).

I, Sergeant Detective Marc Sullivan, ID # 11958, determined through witness statements, police officer interviews, recovered evidence, forensic analysis, police turret communications, and through the review of video surveillance and body worn camera footage, that, in direct response to the threat of great bodily injury or death to himself and other officers that Boston Police Officer Joseph McMenamy, ID # 144501, intentionally discharged his Department-issued firearm.

I, Sergeant Detective Marc Sullivan, determined that that Police Officer McMenamy had no less drastic means available to defend himself against a person he firmly believed was in possession of a firearm and had used the firearm to shoot at a fellow officer at the "Boston Scene". I have concluded that Police Officer McMenamy was in compliance with Boston Police Department Rule 303, section 6 (A) and 6 (B).

I, Sergeant Detective Marc Sullivan, ID # 11958, determined through witness statements, police officer interviews, recovered evidence, forensic analysis, police turret communications, and through the review of video surveillance and body worn camera footage, that, in direct response to the threat of great bodily injury or death to himself and other officers, that Boston Police Officer Corey Thomas, ID # 153159, intentionally discharged his Department-issued firearm.

I, Sergeant Detective Marc Sullivan, determined that that Police Officer Thomas had no less drastic means available to defend himself against a person he firmly believed was in possession of a firearm and had used the firearm to shoot at a fellow officer at the "Boston Scene". I have concluded that Police Officer Thomas was in compliance with Boston Police Department Rule 303, section 6 (A) and 6 (B).

25

ROOT_0002293



*1 Schroeder Plaza, Boston, MA 02120-2014*

I, Sergeant Detective Marc Sullivan, ID # 11958, determined through witness statements, police officer interviews, recovered evidence, forensic analysis, police turret communications, and through the review of video surveillance and body worn camera footage, that, in direct response to the threat of great bodily injury or death to himself and other officers that Boston Police Officer Boston Police Officer Leroy Fernandes, ID # 113407, intentionally discharged his Department-issued firearm.

I, Sergeant Detective Marc Sullivan, determined that Police Officer Fernandes had no less drastic means available to defend himself against a person he firmly believed was in possession of a firearm and had used the firearm to shoot at a fellow officer at the "Boston Scene". I have concluded that Police Officer Fernandes was in compliance with Boston Police Department Rule 303, section 6 (A) and 6 (B).

I, Sergeant Detective Marc Sullivan, ID # 11958, determined through witness statements, police officer interviews, recovered evidence, forensic analysis, police turret communications, and through the review of video surveillance and body worn camera footage, that, in direct response to the threat of great bodily injury or death to himself and other officers that Boston Police Officer Boston Police Officer Corey Thomas, ID # 153159, intentionally discharged his Department-issued firearm.

I, Sergeant Detective Marc Sullivan, determined that Police Officer Thomas had no less drastic means available to defend himself against a person he firmly believed was in possession of a firearm and had used the firearm to shoot at a fellow officer at the "Boston Scene". I have concluded that Police Officer Thomas was in compliance with Boston Police Department Rule 303, section 6 (A) and 6 (B).

I, Sergeant Detective Marc Sullivan, ID # 11958, determined through witness statements, police officer interviews, recovered evidence, forensic analysis, police turret communications, and through the review of video surveillance and body worn camera footage, that, in direct response to the threat of great bodily injury or death to himself and other officers that Boston Police Boston Police Officer Brenda Figueroa, ID # 148264, intentionally discharged her Department-issued firearm.

I, Sergeant Detective Marc Sullivan, determined that Police Officer Figueroa had no less drastic means available to defend herself against a person she firmly believed was in possession of a firearm and had used the firearm to shoot at a fellow officer at the "Boston Scene". I have concluded that Police Officer Figueroa was in compliance with Boston Police Department Rule 303, section 6 (A) and 6 (B).

I have determined that Police Officer David Godin was in compliance with Boston Police Rule 303, section 3 (Training and Qualification).

I have determined that Police Officer Joseph McMenamy was in compliance with Boston Police Rule 303, section 3 (Training and Qualification).

I have determined that Police Officer Police Officer Leroy Fernandes was in compliance with Boston Police Rule 303, section 3 (Training and Qualification).

ROOT_0002294



I have determined that Police Officer Corey Thomas was in compliance with Boston Police Rule 303, section 3 (Training and Qualification).

I have determined that Police Officer Brenda Figueroa was in compliance with Boston Police Rule 303, section 3 (Training and Qualification).

I have further determined that Police Officer Brenda Figueroa immediately notified Boston Police Operations of the firearm discharges. I have concluded that Police Officer Figueroa was in compliance with Boston Police Rule 303, section 10 (Reporting Firearm Discharges).

As a result of Police Officer Figueroa's broadcast notifying Boston Police Operations of the firearm discharges, I have concluded that Police Officer David Godin was in compliance with Boston Police Rule 303, section 10, (Reporting Firearm Discharges).

As a result of Police Officer Figueroa's broadcast notifying Boston Police Operations of the firearm discharges, I have concluded that Police Officer Police Officer Joseph McMenamy, was in compliance with Boston Police Rule 303, section 10, (Reporting Firearm Discharges).

As a result of Police Officer Figueroa's broadcast notifying Boston Police Operations of the firearm discharges, I have concluded that Police Officer Police Officer Leroy Fernandes, was in compliance with Boston Police Rule 303, section 10, (Reporting Firearm Discharges).

As a result of Police Officer Figueroa's broadcast notifying Boston Police Operations of the firearm discharges, I have concluded that Police Officer Police Officer Corey Thomas, was in compliance with Boston Police Rule 303, section 10, (Reporting Firearm Discharges).

Based on officers' statements, the review of video surveillance, the blood in Mr. Root's vehicle, that Mr. Root was initially shot at the "Boston Scene". The video depicts Mr. Root significantly limping back to his vehicle.



(Massachusetts State Police Crime Scene Image of inside of Mr. Root's vehicle)

The Office of the Chief Medical Examiner has preliminarily determined that Mr. Root's cause of death was a result of multiple gunshot wounds by law enforcement weapons and his manner of death to be homicide.

27

Mayor Martin J. Walsh



I, Sergeant Detective Marc Sullivan, ID # 11958, determined through police officer interviews, recovered evidence, forensic testing, and after reviewing video and body worn camera footage, that Police Officer Michael St. Peter *__did not__* discharge his Department-issued firearm at the "Brookline Scene".

Police Officer David Godin was not wearing his Body Worn Camera at the time of discharge. The BWC was inside of his assigned Department-vehicle.

I, Sergeant Detective Marc Sullivan, determined that the officers believed Mr. Root had brandished a firearm at the Brigham & Women's Hospital. The officers further knew that the suspect had been involved in an officer involved shooting and had been shot by a Boston Police Officer.

On March 9, 2020, Norfolk County District Attorney Michael Morrissey issued his findings related to his review, findings, and conclusions of the events on Friday, February 7, 2020. In light of District Attorney Morrissey's findings, he determined that that he would take no action against the officers involved in the shooting of Juston Root and found the shootings justified and reasonable.

Respectfully submitted,

Sgt. Det Marc Sullivan

Sergeant Detective Marc Sullivan
ID # 11958
Firearm Discharge Investigation Team

28

Mayor Martin J. Walsh