# EXHIBIT 5

**Exhibit 5 is a video file that was submitted to the Clerk's Office on a disk.**