# **EXHIBIT 6**

**EXHIBIT 6**

The following still images were taken from the video submitted as **Exhibit 5**.  Each still

image has a caption containing the time stamp where in the video the image appears.  Counsel for

Plaintiff added the orange arrows to the images below.

**IMAGE 1**



Timestamp:  T14:31:51Z.  Video progress bar:  07:55.

**IMAGE 2**



Video progress bar:  08:00.

**IMAGE 3**



Timestamp:  T14:32:10Z.  Video progress bar:  08:15.

**IMAGE 4**



Timestamp:  T14:32:11Z.  Video progress bar:  08:16.

**IMAGE 5**



Timestamp:  T14:32:17Z.  Video progress bar:  08:21.

**IMAGE 6**



Timestamp:  T14:32:18Z.  Video progress bar:  08:23.

**IMAGE 7**



Timestamp:  T14:32:19Z.  Video progress bar:  08:24.

**IMAGE 8**



Timestamp:  T14:32:24Z.  Video progress bar:  08:29.

**IMAGES 9 and 10**



Zoomed-in versions of still image above.
Timestamp:  T14:32:24Z.  Video progress bar:  08:29.

**IMAGE 11**



Timestamp:  T14:32:26Z.  Video progress bar:  08:31.

**IMAGE 12**



Timestamp:  T14:32:26Z.  Video progress bar:  08:31.

**IMAGE 13**



Timestamp:  T14:32:27Z.  Video progress bar:  08:32.

**IMAGE 14**



Zoomed-in version of still image above.
Timestamp:  T14:32:27Z.  Video progress bar:  08:32.

**IMAGE 15**



Timestamp:  T14:32:33Z.  Video progress bar:  08:37.

**IMAGE 16**



Timestamp:  T14:33:50Z.  Video progress bar:  09:55.