# **EXHIBIT 7**

# FIREARM DISCHARGE INVESTIGATION TEAM
## Investigative Report



| | | |
|---|---|---|
| CC#: 202010530 | Page: 1 of 3 | Date of Incident: 02/07/2020 |
| File Title: FDIT Investigation | | FDIT Case #: 01/20 |

**Investigator 1:** Sgt. Det. M. Sullivan
**Investigator 2:** Sgt. Det. W. Doogan
**Investigator 3:** NA
**Investigator 4:** NA

**Type:** 303 - Red Team

**Incident Location:** Fenwood Rd. @ Vining St. and Boylston St. @ Hammond St. Brookline

**Report Re:** Doogan - Initial Response

About 9:24 AM on Thursday, February 7, 2020, Sgt. Det. Doogan monitored on Channel 3 of the Department radio of his Department vehicle a report of a Rule 303 incident on Fenwood Rd., near the Brigham and Womens Hospital. Sgt. Det. Doogan at the time was in communication with Detective Timothy Evans regarding unrelated matters, advbised Det. Evans of the situation and informed him that I would be responding.

As Sgt. Det Doogan began to respond to that area, radio transmissions indicated that the suspect had fled the area in a motor vehicle and appeared to be heading toward Brookline, with BPD personnel attempting to persue. Further description of the suspect vehicle's path of flight described that he was heading to Route 9. Based on that information, and being familiar with the area, Sgt. Det. Doogan changed his route and responded along adjacent roads to Hammond St. in Brookline and then toward Boylston St. (Route 9), in an attempt to intercept the suspect vehicle. However, while still travelling on Hammond St. and prior to reaching Boylston St., further radio transmissions indicated that the suspect vehicle had stopped and that there had been an additional discharge of firearms.

Sgt. Det. Doogan arrived at the intersection of Hammond St. and Boylston St. (Route 9) shortly thereafter. On arrival at the intersection, Sgt. Det. Doogan observed that there were numerous police vehicles in and around the area of the intersection. There were also multiple police officers. Sgt. Det. Doogan observed that there were vehicles and officers from the Boston Police Department, the Brookline Police Department and at least one unit from the Massachusetts State Police.

There was also a silver/gray civilian vehicle on Boylston St., on the westbound side and just beyond the intersection at Hammond St. This vehicle had sustained significant and catastrophic damage. It was unoccupied at the time of the observation. There was clotted blood on the asphalt pavement beside the drivers' side door and from a cursory examination through the window, there was also blood staining in the interior of this vehicle.

Sgt. Det. Doogan identified himself to uniformed personnel and approached a mulch covered landscaped area between the roadway and a parking lot area for the adjacent stores/mall. EMS had arrived as well and were administering aid to a white male, dressed in dark clothing, who appeared unresponsive. There was what appeared to be a black-colored pistol on the ground beside this male and several feet away, numerous spent shell casings. Units of the Brookline Fire Department also arrived but were advised not to enter the landscaped area. Sgt. Det. Doogan requested assistance from BPD P.O.s Freddie Coriano an Andrew Fay of District B-2 with establishing a perimeter with crime scene tape. Additional personnel of all three previously noted departments including supervisory, investigative and Command personnel arrived both simulteneously to and shortly after Sgt. Det Doogan.

A short time later, the yellow crime scene tape that was cordoning off the landscaped area was taken down, so as to remove the aforementioned male to a waiting ambulance. Shortly thereafter, the yellow crime scene tape was put back into position.

Sgt. Det. Doogan was then directed to a white male that was standing in front of the entrance to the nearby CVS store and advised that this male had been working in the gas station kiosk adjacent to the landscaped area at the time of the incident. As Stgt. Det. Doogan approached this male, so too did Massachusetts State Trooper Yuri Bukhenik, assigned to the Homicide Unit of the Office of the Norfolk County District Attorney. This male identified himself as Howard [redacted].

As this incident now appeared to involve the Mass. State Police, the Boston Police and the Brookline Police and as this facet of the incident took place outside the City of Boston, Trooper Bukhenik and Sgt. Det. Doogan determined that it was appropriate to interview [redacted] jointly. The interview took place in the Manager's second floor office of the CVS. After a brief introduction, the interview was audio recorded in its' entirity.

After interviewing [redacted] Sgt. Det. Doogan returned outside to assist. While outside, Sgt. Det. Sullivan requested that Sgt. Det. Doogan convey two Boston Police Officers, Kyle Holmes and David Godin, both of District b-2, to BPD Headquarters for interview. During the ride, there was no conversation between us/them about the circumstances of the incident. Once at headquarters, a

determination was made that neither officer would be interviewed until they had benefit of council. Officer Godin surrendered his body-worn camera and the accompanying cell phone. Prior to doing so, Officer Godin told Sgt. Det Doogan that he had not reviewed any footage. Sgt. Det. Doogan then conveyed both officers to District B-2. Again, there was no conversation between us/them about the incident.

Respectfully submitted,

*William E. Doogan*
William E. Doogan
ID# 9571

3