UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER ROOT BANNON, as the Special Personal Representative of the Estate of Juston Root, <br><br> Plaintiff, <br><br> v. <br><br> BOSTON POLICE OFFICERS DAVID GODIN, JOSEPH McMENAMY, LEROY FERNANDES, BRENDA FIGUEROA, and COREY THOMAS; <br><br> MASSACHUSETTS STATE TROOPER PAUL CONNEELY; and <br><br> THE CITY OF BOSTON, MASSACHUSETTS; <br><br> Defendants. | Civil Action No. 1:20-cv-11501-RGS <br><br> **HEARING REQUESTED** |

**PLAINTIFF'S MOTION TO COMPEL THE CITY DEFENDANTS TO ANSWER INTERROGATORIES**

Plaintiff Jennifer Root Bannon ("Plaintiff") hereby moves, pursuant to Fed. R. Civ. P. 37(a), to compel Defendants David Godin, Joseph McMenamy, Leroy Fernandes, Brenda Figueroa, Corey Thomas, and the City of Boston[1] to answer interrogatories. The City has not answered any interrogatory, and there are multiple deficiencies in the BPD Officer Defendants' interrogatories. The factual and legal arguments supporting this motion are in the memorandum of law that is being filed contemporaneously herewith.

---

[1] Each police officer defendant is referred to as "Defendant Officer [Last Name]"; they are collectively referred to as the "BPD Officer Defendants." The City of Boston is referred to as the "City." The BPD Officer Defendants and the City are collectively referred to as the "City Defendants."

WHEREFORE, Plaintiff respectfully requests that the Court enter an order compelling the City Defendants to expeditiously and fully supplement their interrogatory answers. Plaintiff further requests a hearing on the relief sought in this motion.

Dated: September 9, 2021

Respectfully submitted,

PLAINTIFF JENNIFER ROOT BANNON,

By her attorneys,

*/s/ Mark A. Berthiaume*
Mark A. Berthiaume (BBO # 041715)
Gary R. Greenberg (BBO # 209420)
Alison T. Holdway (BBO # 690569)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
Tel.: 617-310-6000
Fax: 617-310-6001
berthiaumem@gtlaw.com
greenbergg@gtlaw.com
holdwaya@gtlaw.com

## L.R. 7.1(a)(2) CERTIFICATION

I hereby certify that on September 7, 2021, counsel for Plaintiff conferred with counsel for the City Defendants in a good faith attempt to resolve or narrow the issues in this motion. As described more fully in the section of the accompanying memorandum discussing the parties' L.R. 37.1 conference, the parties narrowed the issues raised in this motion such that Plaintiff removed from the motion issues with the City Defendants' document productions and responses to requests for production. The parties were unable to resolve deficiencies with the City Defendants' interrogatory answers and the months' long delay in the City Defendants' supplementing their answers. This motion and the accompanying memorandum address those deficiencies.

*/s/ Mark A. Berthiaume*
Mark A. Berthiaume

## **L.R. 37.1(b) CERTIFICATION**

I hereby certify that the requirements of L.R. 37.1 have been complied with.

*/s/ Mark A. Berthiaume*
Mark A. Berthiaume