UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER ROOT BANNON, as the Special Personal Representative of the Estate of Juston Root,<br><br>    Plaintiff,<br><br>    v.<br><br>BOSTON POLICE OFFICERS DAVID GODIN, JOSEPH McMENAMY, LEROY FERNANDES, BRENDA FIGUEROA, and COREY THOMAS;<br><br>MASSACHUSETTS STATE TROOPER PAUL CONNEELY; and<br><br>THE CITY OF BOSTON, MASSACHUSETTS;<br><br>    Defendants. | Civil Action No. 1:20-cv-11501-RGS<br><br>**HEARING REQUESTED** |

**PLAINTIFF'S MOTION FOR**
**PARTIAL SUMMARY JUDGMENT ON COUNTS 1–2, 5–6, AND 8–9**

Pursuant to Fed. R. Civ. P. 56, Plaintiff Jennifer Root Bannon ("Plaintiff") moves for partial summary judgment on liability on Counts 1–2, 5–6, and 8–9 of the Complaint against the Individual Defendants.[1]  These Counts assert civil rights and related claims against the Individual Defendants for their respective roles in killing Plaintiff's brother Juston Root.

The incontrovertible evidence—namely the Individual Defendants' own testimony and statements, video footage, photographs, and the testimony and statements of an independent bystander—shows that the Individual Defendants shot at Mr. Root 31 times.  Mr. Root suffered

---

[1] Each Boston Police ("BPD") officer defendant and Defendant Trooper Paul Conneely are individually referred to as "Defendant [Last Name]."  The BPD officer defendants are collectively referred to as the "BPD Officer Defendants" and, together with Defendant Conneely, are collectively referred to as the "Individual Defendants."  Defendant City of Boston is referred to as the "City."

multiple gunshot wounds to his torso and limbs.  The Individual Defendants shot and killed Mr. Root after he had previously been shot by Defendant Godin and another BPD police officer, after Defendant McMenamy used his cruiser to intentionally ram Mr. Root's moving car (in violation of BPD policy and training), after Mr. Root had been in a serious car accident that took two of the wheels off his car, and after Defendant McMenamy kicked Mr. Root.  The Individual Defendants did not assess Mr. Root's physical condition or whether he was cognitively able to understand or respond to police commands.  Instead, they simultaneously yelled confusing and unintelligible commands at him and a bystander who was trying to help him.  When Mr. Root did not respond to the various commands—"Let me see your hands," "Get on the ground," "Show us your hands," "Stay on the ground and show me your hands," "Get down," "Let me see your hands," and "Stay down"—the Individual Defendants opened fire.  At the time they shot him, he was—in their words—"on the ground," was on his knees, was sitting on the ground, was "like in a half lying, half kneeling type of position, "was stumbling," was "lying, kneeling" but "was never able to get up," and was not fleeing.  The Individual Defendants testified that they shot him because they thought he may have been "reaching" for a gun, thought they heard the word "gun," or they heard a gunshot.  Mr. Root was not in possession of a firearm.  These facts are not in dispute.

The law is clear that given these circumstances, the Individual Defendants used excessive force against Mr. Root in violation of his Fourth Amendment rights (Counts 1 and 2).  This same conduct also amounts to assault and battery under Massachusetts law, and the Individual Defendants are liable for Mr. Root's wrongful death (Counts 8 and 9).  Further, Defendant McMenamy used excessive force when he "rammed" Mr. Root's car with his cruiser and again when he kicked Mr. Root immediately before shooting him (Counts 5 and 6).  Accordingly, Plaintiff is entitled to judgment as a matter of law on these counts.

In support of this Motion, Plaintiff relies on the accompanying Memorandum of Law, Statement of Undisputed Material Facts, and the Declaration of Alison T. Holdway and the exhibits attached thereto.

WHEREFORE, Plaintiff respectfully requests that the Court enter partial summary judgment in her favor on liability on Counts 1–2, 5–6, and 8–9 of the Complaint.

| | |
|---|---|
| Dated:  August 8, 2022 | Respectfully submitted,<br><br>PLAINTIFF JENNIFER ROOT BANNON,<br><br>By her attorneys,<br><br>*/s/ Mark A. Berthiaume*<br>Mark A. Berthiaume (BBO # 041715)<br>Gary R. Greenberg (BBO # 209420)<br>Alison T. Holdway (BBO # 690569)<br>Courtney R. Foley (BBO # 707181)<br>Greenberg Traurig, LLP<br>One International Place, Suite 2000<br>Boston, MA 02110<br>Tel.: 617-310-6000<br>Fax:  617-310-6001<br>berthiaumem@gtlaw.com<br>greenbergg@gtlaw.com<br>holdwaya@gtlaw.com<br>foleyc@gtlaw.com |