UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER ROOT BANNON, as the Special Personal Representative of the Estate of Juston Root,<br><br>   Plaintiff,<br><br>   v.<br><br>BOSTON POLICE OFFICERS DAVID GODIN, JOSEPH McMENAMY, LEROY FERNANDES, BRENDA FIGUEROA, and COREY THOMAS;<br><br>MASSACHUSETTS STATE TROOPER PAUL CONNEELY; and<br><br>THE CITY OF BOSTON, MASSACHUSETTS;<br><br>   Defendants. | Civil Action No. 1:20-cv-11501-RGS<br><br>**HEARING REQUESTED** |

**DECLARATION OF ALISON T. HOLDWAY IN SUPPORT OF PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS 1–2, 5–6, AND 8–9**

I, Alison T. Holdway, depose and say as follows:

1.      I am an attorney at Greenberg Traurig, LLP. I represent Plaintiff Jennifer Root Bannon ("Plaintiff") in the above-captioned matter. I submit this declaration in support of Plaintiff's Motion for Partial Summary Judgment on Counts 1–2, 5–6, and 8–9 of the Complaint against Defendants David Godin, Joseph McMenamy, Leroy Fernandes, Brenda Figueroa, Corey Thomas, and Paul Conneely.[1] This declaration attaches copies of documents referred to in

---

[1] Each Boston Police ("BPD") officer defendant and Defendant Trooper Paul Conneely are individually referred to as "Defendant [Last Name]." The BPD officer defendants are collectively referred to as the "BPD Officer Defendants" and, together with Defendant Conneely, are collectively referred to as the "Individual Defendants." Defendant City of Boston is referred to as the "City." The BPD Officer Defendants and the City are collectively referred to as the "City Defendants."

Plaintiff's accompanying Memorandum of Law and Local Rule 56.1 Statement of Undisputed Material Facts.

2. As noted below, Exhibits 19–27 are video recordings. Plaintiff is filing copies of these recordings on a CD and serving copies of the recordings on Defendants via secure file transfer. Together with this Declaration, Plaintiff is e-filing slip sheets corresponding to each of these exhibits and noting that copies of the recordings are being filed on CD. Plaintiff is also e-filing a Notice of Manual Filing reflecting that each of these exhibits is being filed on a CD.

3. Attached hereto as **Exhibit 1** are pages from the transcript of the January 19, 2022 deposition of Defendant Fernandes.

4. Attached hereto as **Exhibit 2** is a copy of the February 12, 2020 interview of Defendant Fernandes conducted by the Massachusetts State Police ("MSP") assigned to the Norfolk County District Attorney's Office ("NDAO"), which was produced by the City Defendants, was Bates stamped COB 2683–2699, and was marked as Exhibit 46 at the deposition of Defendant Fernandes.

5. Attached hereto as **Exhibit 3** are pages from the transcript of the December 9, 2021 deposition of Defendant Figueroa.

6. Attached hereto as **Exhibit 4** is a copy of the February 12, 2020 interview of Defendant Figueroa conducted by the MSP assigned to the NDAO, which was produced by the City Defendants, was Bates stamped COB 2666–2682, and was marked as Exhibit 9 at the deposition of Defendant Figueroa.

7. Attached hereto as **Exhibit 5** are pages from the transcript of the December 15, 2021 deposition of Defendant Godin.

8. Attached hereto as **Exhibit 6** is a copy of the February 12, 2020 interview of Defendant Godin conducted by the MSP assigned to the NDAO, which was produced by the City Defendants and was Bates stamped COB 2615–2649.

9. Attached hereto as **Exhibit 7** are pages from the transcript of the December 7, 2021 deposition of Defendant McMenamy.

10. Attached hereto as **Exhibit 8** is a copy of the February 12, 2020 interview of Defendant McMenamy conducted by the MSP assigned to the NDAO, which was produced by the City Defendants and was Bates stamped COB 2650–2665.

11. Attached hereto as **Exhibit 9** are pages from the transcript of the December 16, 2021 deposition of Defendant Thomas.

12. Attached hereto as **Exhibit 10** is a copy of the February 12, 2020 interview of Defendant Thomas conducted by the MSP assigned to the NDAO, which was produced by the City Defendants, was Bates stamped COB 2700–2714, and was marked as Exhibit 20 at the deposition of Defendant Thomas.

13. Attached hereto as **Exhibit 11** are pages from the transcript of the January 12, 2022 deposition of Defendant Conneely.

14. Attached hereto as **Exhibit 12** is a copy of the February 14, 2020 interview of Defendant Conneely conducted by the MSP assigned to the NDAO, which was produced by the City Defendants, was Bates stamped COB 2750–2760, and was marked as Exhibit 35 at the deposition of Defendant Conneely.

15. Attached hereto as **Exhibit 13** are pages from the transcript of the February 10, 2022 deposition of the City's Rule 30(b)(6) designee BPD Officer John Downey.

16. Attached hereto as **Exhibit 14** are pages from the transcript of the March 8, 2022 deposition of the City's Rule 30(b)(6) designee BPD Sergeant Detective Marc Sullivan.

17. Attached hereto as **Exhibit 15** is a copy of the February 12, 2020 interview of BPD Officer Michael St. Peter conducted by the MSP assigned to the NDAO, which was produced by the City Defendants and was Bates stamped COB 2715–2749.

18. Attached hereto as **Exhibit 16** are pages from the transcript of the November 5, 2021 deposition of Shelly McCarthy.

19. Attached hereto as **Exhibit 17** is a copy of the February 7, 2020 interview of Shelly McCarthy conducted by the MSP assigned to the NDAO, which was produced by the City Defendants, was Bates stamped COB 2950–2967.

20. Attached hereto as **Exhibit 18** is a copy of Defendant Conneely's Answers to Plaintiff's Interrogatories, dated February 26, 2021.

21. Attached hereto as **Exhibit 19** is a copy of video footage recorded by Defendant Figueroa's BWC (serial number X81323899), which was produced by the City Defendants, was Bates stamped COB 3080, and was marked as Exhibit 11 at the deposition of Defendant Figueroa.

22. Attached hereto as **Exhibit 20** is a copy of video footage recorded by Defendant McMenamy's BWC (serial number X81417271), which was produced by the City Defendants, was Bates stamped COB 3073, and was marked as Exhibit 6 at the deposition of Defendant McMenamy.

23. Attached hereto as **Exhibit 21** is a copy of video footage recorded by BPD Officer Kevin Coakley's BWC (serial number X81330850), which was produced by the City Defendants and was Bates stamped COB 3071.  An identical version of this video footage, which was produced

by Plaintiff with the Bates stamp ROOT_0000924, was marked as Exhibit 16 at the deposition of Defendant Godin.

24. Attached hereto as **Exhibit 22** is a copy of video footage recorded by BPD Officer Justin Evangelista's BWC (serial number X81327523), which was produced by the City Defendants and was Bates stamped COB 3082. An identical version of this video footage, which was produced by Plaintiff with the Bates stamp ROOT_0000938, was marked as Exhibit 15 at the deposition of Defendant Godin.

25. Attached hereto as **Exhibit 23** is a copy of video footage recorded by a traffic camera mounted near the intersection of Route 9 and Hammond Street in Brookline, which was produced by the City Defendants and was Bates stamped COB 3088.

26. Attached hereto as **Exhibit 24** is a copy of video footage recorded by a traffic camera mounted near the intersection of Route 9 and Hammond Street in Brookline, which was produced by the City Defendants and was Bates stamped COB 3089.

27. Attached hereto as **Exhibit 25** is a copy of video footage recorded by an unknown person on the eastbound side of Route 9 facing the shopping center parking lot where Mr. Root was shot, which was produced by the City Defendants and was Bates stamped COB 3086.

28. Attached hereto as **Exhibit 26** is a copy of video footage recorded by a camera at Brigham & Women's Hospital ("BWH"), which was produced by the City Defendants and was Bates stamped COB 4211.

29. Attached hereto as **Exhibit 27** is a copy of video footage recorded by a camera at BWH, which was produced by the City Defendants and was Bates stamped COB 4215.

30. Attached hereto as **Exhibit 28** is a copy of a set of video stills and photographs that were collectively marked as Exhibit 13 at the deposition of Defendant Godin.

31. Attached hereto as **Exhibit 29** are copies of photographs of Juston Root's Chevrolet Volt at the scene in Brookline, which were produced by the City Defendants and have been Bates stamped COB 3285, 3291, 3293, 3294, 3296, 3297, 3298, and 3302.

32. Attached hereto as **Exhibit 30** are copies of two photographs of Mr. Root's bb gun at the scene in Brookline, which were produced by the City Defendants, were Bates stamped COB 6608–6609, and were marked as Exhibit 36 of the deposition of Defendant Troper Conneely.

33. Attached hereto as **Exhibit 31** are copies of a photograph of Mr. Root's bb gun and the evidence box in which it is being stored at the NDAO, which were produced by Plaintiff and were Bates stamped ROOT_0008811–8816.

34. Attached hereto as **Exhibit 32** is a copy of the final report from BPD Sergeant Detective Marc Sullivan of the Firearm Discharge Investigative Team dated June 29, 2020, which was produced by the City Defendants and was Bates stamped COB 5403–5430.

35. Attached hereto as **Exhibit 33** is a copy of the Report of Autopsy issued by the Office of the Chief Medical Examiner and dated November 9, 2020, which was produced by Plaintiff and was Bates stamped ROOT_0012843–12863.

36. Attached hereto as **Exhibit 34** is a copy of records from Beth Israel Deaconess Medical Center dated February 7, 2020 reflecting Mr. Root's death, which was produced by Plaintiff and was Bates stamped ROOT_0012770.

37. Attached hereto as **Exhibit 35** is a copy of BPD Rule 301 (eff. April 29, 2013), which was produced by the City Defendants, was Bates stamped COB 6–19, and was marked as Exhibit 49 at the deposition of BPD Officer Downey.

38. Attached hereto as **Exhibit 36** is a copy of BPD Rule 303 (eff. April 11, 2003), which was produced by the City Defendants, was Bates stamped COB 20–28.

39. Attached hereto as **Exhibit 37** is a copy of The Massachusetts State Police Basic Police Firearms Training Program for the 77th Recruit Training Troop, which was produced by Plaintiff and has been Bates stamped ROOT_0002429–2503. A version of this document without Bates stamps, but which is otherwise identical to the Bates stamped version, was Exhibit 34 at the deposition of Defendant Conneely.

Dated: August 8, 2022

Respectfully submitted,

PLAINTIFF JENNIFER ROOT BANNON,

By her attorneys,

*/s/ Alison T. Holdway*
Mark A. Berthiaume (BBO # 041715)
Gary R. Greenberg (BBO # 209420)
Alison T. Holdway (BBO # 690569)
Courtney R. Foley (BBO # 707181)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
Tel.: 617-310-6000
Fax: 617-310-6001
berthiaumem@gtlaw.com
greenbergg@gtlaw.com
holdwaya@gtlaw.com
foleyc@gtlaw.com