# **<u>EXHIBIT 28</u>**















Case 1:20-cv-11501-RGS   Document 89-28   Filed 08/08/22   Page 9 of 18

</␊>










