UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER ROOT BANNON, as the Special Personal Representative of the Estate of Juston Root,<br><br>    Plaintiff,<br><br>    v.<br><br>BOSTON POLICE OFFICERS DAVID GODIN, JOSEPH McMENAMY, LEROY FERNANDES, BRENDA FIGUEROA, and COREY THOMAS;<br><br>MASSACHUSETTS STATE TROOPER PAUL CONNEELY; and<br><br>THE CITY OF BOSTON, MASSACHUSETTS;<br><br>    Defendants. | Civil Action No. 1:20-cv-11501-RGS<br><br>**HEARING REQUESTED** |

**PLAINTIFF'S NOTICE OF MANUAL FILING OF**
**SUMMARY JUDGMENT EXHIBITS 19–27 ON CD**

In support of her Motion for Partial Summary Judgment, Plaintiff Jennifer Root Bannon ("Plaintiff") manually filed a CD containing Exhibits 19–27. These exhibits are video files that cannot be e-filed through the CM/ECF system. In addition, attached to the Declaration of Alison T. Holdway, Plaintiff e-filed slip sheets corresponding with Exhibits 19–27 that explain that the videos were submitted to the Court on a CD.

Dated: August 8, 2022

Respectfully submitted,

PLAINTIFF JENNIFER ROOT BANNON,

By her attorneys,

*/s/ Mark A. Berthiaume*
Mark A. Berthiaume (BBO # 041715)
Gary R. Greenberg (BBO # 209420)
Alison T. Holdway (BBO # 690569)
Courtney R. Foley (BBO # 707181)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
Tel.: 617-310-6000
Fax: 617-310-6001
berthiaumem@gtlaw.com
greenbergg@gtlaw.com
holdwaya@gtlaw.com
foleyc@gtlaw.com